# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| AMELIA ANN TREADWELL,           ) | |
|                                 ) | |
|        Plaintiff,               ) | |
| v.                              ) | **APPEARANCE** |
|                                 ) | |
| AFNI INC.,                      ) | No. 1:09-cv-01040-JBM-JAG |
|        Defendant.               ) | |

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**AFNI, INC.**

I certify that I am admitted to practice in this court.

Date:  May 12, 2009

                        Respectfully submitted,

                        By:  s/ Justin M. Penn
                        Attorney for Defendant
                        Attorney Bar No. 06283726
                        HINSHAW & CULBERTSON LLP
                        222 North LaSalle Street, Suite 300
                        Chicago, IL 60601
                        312-704-3000
                        312-704-3001 (fax)
                        jpenn@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2009, I electronically filed an Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all Counsel of Record.

      s/ Justin M. Penn
      Attorney for Defendant
      Attorney Bar No. 06283726
      HINSHAW & CULBERTSON LLP
      222 North LaSalle Street, Suite 300
      Chicago, IL 60601
      312-704-3000
      312-704-3001 (fax)
      jpenn@hinshawlaw.com

6443939v1 36607